No. 77–624. NESTLER ET AL. *v.* EXXON CORP. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.